UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HULL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FREEMASONS, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-000863-JAM-AC<br><br><br><br>ORDER |

Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). On August 4, 2017, plaintiff filed a Motion to Disclose FISA Electronic Surveillance. ECF No. 14. Plaintiff's case was closed on August 11, 2016. ECF No. 13. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. The Clerk of Court is ORDERED to terminate plaintiff's motion at ECF No. 14.

　　IT IS SO ORDERED.

DATED: September 18, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE